Sassus Sanders 3832863
Name and Prisoner/Booking Number

Sacramento
Place of Confinement

1 Clauss Ct 2B
Mailing Address

Sacramento CA 95820
City, State, Zip Code

**FILED**

JUL 13 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Sassus Jamal Sanders
(Full Name of Plaintiff)
Plaintiff,

Sacramento v. Sheriffs Department
(1)
(Full Name of Defendant)

(2) Lt. B Badge no 57

(3) Lt. Ayers Badge no 76

(4) Williamson Badge no 95
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22 CV 1232 TLN CKD PS
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento County main Jail

## B. DEFENDANTS

1. Name of first Defendant: __Sheriff Haw__. The first Defendant is employed as:
   __Badge # 992__ at __Sacrament County Jail__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Lt Purdry__. The second Defendant is employed as:
   __Badge # 53__ at __Sacrament County Jail__.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Federal Section 1983</u>.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See typeL Documents

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mentally I'm incompetent and unstable with my cognitive thinking. I suffer from a traumatic brain injury. The circumstances of being incapable to communicate properly through USPS mail, message requesting my attorney none as Public Defender. There were many matters that I couldn't receive any reply from including medical medication.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. none of my mail did I receive any reply so I had no carriage in furthering the agony of being ignored

3

From the start of my journey be inaccurate in the Sacramento County Main Jail. I noticed my message request form, were taking quite some time receiving a reply. I paid It no mind possible there written towards chaplain. I had been moved to a different portion of the facility where I placed several more of some message request forms. I never get the bible a requested for the chaplain, I receive a gift from a fellow inmate how give me one. I get mail from family members while waiting on a reply from my inmate message request form. I speak with my brother he tells me a have a release date of 07/01/2022. This after I've took my deal.  Time goes past and my cellmate and I are moved to a different part of the facility. By this time, we should be getting ready to be transferred to the RCCC facility, this is the normal process of Sacramento county. My previous cellmate gets transferred to RCCC facility, but I remain there. Upon a physical dispute with another inmate which unfortunately was newest cellmate I were place in the opposite side known as 8-West. I've asked the deputy through the cell's emergence communicator how long I would be place in this portion of the facility. Within seconds the deputy to whom I have no none knowledge of whom I were speaking to, because they are not required to state their name unless you ask. He told I'd be there only ten days, later that same day a deputy spoken over the intercom stating that I'd be placed in disciplinary for three day that a sergeant without stating to whom it was they overturned the previous judgement. Which was understandable to the fact just as the responding officer stated "I wasn't the aggressor." I ended up being released from that portion of the facility none as 8-west. I put forth many inmate request forms none as kite, Grievances. It got so bad they stopped let me out during the day shift I could not use the phone at the proper to frame to call anyone lawyers to get my release date changed. I only would get let out a night. I received four-day late letter from my auntie. All of my mail was being held by floor facilitators. And not being answered or sent to the proper receiving end. And have all message request forms. I sent documentations to a family member later on one deputy told me the good time which would be added to calculate proper was 13 actual days. I did the calculation of what he said. If he was correct I should've been released So, do to all this lost a section 8 voucher which me and the public defender made a deal if I took to case I would get out and would no longer have to be homeless. Which I had been for three years. The compensation I would like 10,000.00

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: <u>Federal Section 1983</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [x] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See Printed Document

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I'm currently pursuing a personal business, In the graphics design area where I'm required to use my drawing hand unfortunately it is my injured hand where I didn't receive the proper medical help, nor did I receive any medical assists which I've stated many time of having Suicidal thoughts from lack of medication where I'm under and currently receiving disability

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. none of my mail did I receive any reply so I had no carrage in furthering the agony of being ignored

4

Upon being relocated to 8-West in stop receiving proper Medical Care. I could explain why besides the fact I wouldn't receive any reply from my message request forms. Whenever I would explain to a nurse or the deputy that my hand could be suffering from a fracture or a broken bone. They would respond with file medical message request form none as a kite. I've done what was required many times but wouldn't receive any feedback. There was only twice I'd remember where I received any reply from medical kite. This was before I had been relocated on the opposite side the main county jail I've ever been. I'm not sure if I was placed in this area where I couldn't and wouldn't have known anyone. That way it would make easer for unfamiliar people to play out this isolated plan. I couldn't receive any of my mental health medication that place many message request forms, Requesting help. Upon my release I've gone to the doctors gotten x-ray. I have all documentations.

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: __Federal Setion 1983__.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __See Printed Documents__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

Upon a physical dispute with another inmate I were place in the opposite side know as 8 west. I've asked the deputy through the cell's emergence communicator how long I would be placed in this portion of the facility. Within seconds the deputy to whom I have no none knowledge of whom I were speaking to, because they are not required to state their name unless you ask. He Spoken saying "I would be there ten days" I responded by replying "ok" and proceeded to lay back down. It had been after the first meal which is around 7:00 in the morning, do to my knowledge of the lighting of the sun. Later on the following day another deputy come over the intercom stating that a sergeant without stating him or hers name stating that they "overwritten the previous judgment I would be only there for three day." Which was understandable do to the responding officer stated I wasn't the aggressor which they were correct. Time gone by three days no release from the area. I had made no complaint, to the fact I were anticipating on commissary which I had order and would arrive in two days. In time I ask the officer while he walk through. The floor officers stopped responding to communicator over time from me constantly asking when I'd be let out of the disciplinary area on the opposite side of my normal facilitated area. Why they are letting everyone else out for day room is the name of the time they give inmates to use the phone and shower and shave if needed. I would get short responses like I don't know or some would even just walk pass me not responding at all. I were being denied proper time to call an attorney. I didn't get let out during day time at all if I did it was to early six and seven in the morning, So I don't not make proper legal phone calls to attorney's. My reasoning for requiring this type of phone call was my release date had been in correct, and I needed it to be corrected. So I started writing messaging request none as kites in jail. After a while I notice my mail weren't being returned. My family would ask me if I had gotten letters they had written, I had not gotten them. One mail I've received my auntie was four day late. I have documentations of all mail, Grievance, kite. I believe that the whole 8 west floor night and day shift known that I were being held beyond measure. I have medical X-ray showing a broken or fractured bone along my index finger. Which I was denied medical treatment for. I am sorry but I suffer from a traumatic brain injury so I received disability for mental, cognitive thinking, short memory. And I explained my issues to the deputy many times. That I needed my medication from Wal-Mart. Which had been denied as well. I gave up towards the ending of time there. Once I was left in my cell without water four three day so I had to use the restroom without being able to flush Feces and urine had been sitting for three day in toilet bowl. I would like this to be Jury Trial Demanded. Under the Circumstance of my living situation, being denied proper medical care. The compensation $30,000.00 dollars this is the good time that was taken from me.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
See Printed Document

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jul 13 2022
DATE

SIGNATURE OF PLAINTIFF

N/A

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Sacramento County Main is a rehabilitation center to my knowledge. My Experience this time around I don't think I could agree with the beginning statement. In no way am I justifying be incarcerated, but I took a deal. That I may be released in do time to continue with my life. Unfortunately, I further my mental state, as well as my physical I don't believe anyone should need to or should have to experience the physical and mental Trauma, Because of medical bills for fractured hand and I were held beyond measure and lost out retrieving my car or the section 8 Voucher I'm asking form money imbursement compensation of $30,000.00 Dollars.